# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: U.S. v. LUNA    Docket No.: 24-2949

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: PHILIP PILMAR, Assistant United States Attorney

Firm: United States Attorney's Office, Eastern District of New York

Address: 271 Cadman Plaza East, Brooklyn, New York 11201

Telephone: 718-254-6106    Fax:

E-mail: Philip.Pilmar@usdoj.gov

Appearance for: APPELLEE
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☑ Additional counsel (co-counsel with: Saritha Komatireddy, United States Attorney's Office, Eastern District of New York )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on OR

☐ I applied for admission on .

Signature of Counsel: /s/

Type or Print Name: PHILIP PILMAR