## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _U.S. v. LUNA_ Docket No.: _24-2949_

Lead Counsel of Record (name/firm) or Pro se Party (name): _ERIN REID, Assistant U.S. Attorney_
_United States Attorney's Office, Eastern District of New York_

Appearance for (party/designation): _Appellee_

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
      Parties: _____
( ) Incorrect.   Please change the following parties' designations:
      Party                                        Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _ERIN REID, Assistant United States Attorney_
Firm: _United States Attorney's Office, Eastern District of New York_
Address: _271 Cadman Plaza East, NY 11201_
Telephone: _718-254-6361_      Fax: _____
Email: _Erin.Reid@usdoj.gov_

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
            OR
Signature of pro se litigant: _/s/_
Type or Print Name: _ERIN REID_
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.