________________

________________ ________________

________________

________________

________________

________________ ________________

________________

________________

☐ ________________

☐ ________________

☐ ________________

☐ ________________

---

☐

________________

☐ ________________

________________

________________