THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

January 10, 2025

*Via* ECF

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re:    *United States v. Garcia Luna,*
                  Docket No. 24-2949

To Whom It May Concern:

We are counsel for appellant Genaro Garcia Luna in the above-captioned matter. We write to provide the Court with an update concerning the status of the transcripts ordered to be included in the Appendix for the above-captioned matter. As indicated on Form B, we ordered the transcripts of twelve pretrial proceedings and the sentencing hearing from Mr. Garcia Luna's district court case. To date we have received the transcripts of four of those pretrial proceedings and are waiting for the remaining eight transcripts of pretrial proceedings. Today the government provided us with a copy of the transcript of the sentencing hearing. As soon as we receive the outstanding eight transcripts, we will file a scheduling letter with the Court.

Respectfully submitted,

    /s/

César de Castro
Valerie A. Gotlib


cc:    All Counsel of Record (*via* ECF)