# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand twenty-five.

Before:       Alison J. Nathan,
                    *Circuit Judge.*

_____

United States of America,

           Appellee,

  v.

Luis Cardenas Palomino, Ramon Pequeno Garcia,

           Defendants,

Genaro Garcia Luna,

           Defendant - Appellant.

_____

**ORDER**

Docket No. 24-2949

      Shannon McManus seeks to be admitted *pro hac vice* for the purpose of representing the Appellant.

      IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order.

                                                 For the Court:

                                                 Catherine O'Hagan Wolfe,
                                                 Clerk of Court