# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand twenty-five.

Before:    William J. Nardini,
       *Circuit Judge.*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|   Appellee, | Docket No. 24-2949 |
|  v. | |
| Luis Cardenas Palomino, Ramon Pequeno Garcia, | |
|   Defendants, | |
| Genaro Garcia Luna, | |
|   Defendant - Appellant. | |

_____

  Valerie A. Gotlib moves to be appointed as co-counsel for the Appellant pursuant to the Criminal Justice Act, nunc pro tunc to October 30, 2024.

  IT IS HEREBY ORDERED that the motion is GRANTED.

                 For the Court:

                 Catherine O'Hagan Wolfe,
                 Clerk of Court