# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-five.

_____

United States of America,                    **ORDER**

      Appellee,                         Docket No. 24-2949

  v.

Genaro Garcia Luna,

      Defendant - Appellant.

_____

Counsel for Appellant filed a scheduling letter, pursuant to Local Rule 31.2(a)(1)(D), requesting an extended brief filing date of July 20, 2025 (a Sunday).

The request for an extended brief filing date is GRANTED, absent objection. Appellant's opening brief is due Monday, July 21, 2025.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

