UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2949

**Caption [use short title]**

**Motion for:** extension of date to file appellate brief sixty days to September 19, 2025.

United States v. Genaro Garcia Luna

Set forth below precise, complete statement of relief sought:

I am moving to extend the submission date for Mr. Garcia Luna's appellate brief sixty days to September 19, 2025, based on the extraordinary circumstances related to the BOP's circumvention of counsel's ability to communciate with our client.

**MOVING PARTY:** Genaro Garcia Luna
**OPPOSING PARTY:** United States of America

☐ Plaintiff   ☒ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Valerie A. Gotlib
**OPPOSING ATTORNEY:** Philip Pilmar

[name of attorney, with firm, address, phone number and e-mail]

Gotlib Law PLLC
20 Vesey Street, Suite 400, NY, NY 10007
917-536-8171 / valerie@gotliblaw.com

U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn, NY 11201
718-254-6106 / philip.pilmar@usdoj.gov

**Court- Judge/ Agency appealed from:** EDNY - Hon. Brian M. Cogan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☒ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No If yes, enter date:

**Signature of Moving Attorney:** /s/ Valerie A. Gotlib   **Date:** 5/12/2025   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)