**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

UNITED STATES OF AMERICA

 v.

GENARO GARCIA LUNA,

    Defendant.

**Case No. 24-2949**

### <u>DECLARATION OF VALERIE A. GOTLIB, ESQ.</u>

I, VALERIE A. GOTLIB, an attorney admitted to practice law in the courts of the State of New York, affirm the following to be true and correct under the penalties of perjury:

1.   Together with César de Castro and Shannon McManus, I represent the appellant Genaro Garcia Luna pursuant to the Criminal Justice Act ("CJA") in this appeal. We submit this motion pursuant to Local Rule 27.1(f) to respectfully request that the due date of Mr. Garcia Luna's appellate brief be extended sixty days to September 19, 2025.

2.   The government does not oppose this motion.

3.   On March 14, 2025, the Court granted our scheduling request for an extended submission date for Mr. Garcia Luna's opening brief, which is currently due on July 21, 2025. *See* Docket Entry No. 34.

4.   As noted in our scheduling letter, the basis for requesting an extended submission date was because: (1) the record in this case is voluminous; and (2) an earlier date would cause extreme hardship.  In respect to the latter, as noted in our scheduling letter, despite our constant

efforts to speak with Mr. Garcia Luna either by phone or in person, we have been prevented from doing so by the Bureau of Prisons.

5.      The last time we spoke to Mr. Garcia Luna was by phone on January 28, 2025. Since that call we have contacted the staff at USP Lee, the facility where Mr. Garcia Luna is currently being held, more than a dozen times to request either a phone call or an in-person visit with Mr. Garcia Luna. Those requests, many of which were ignored, resulted in the scheduling of two legal calls, neither of which occurred. We were not provided with notice that the calls were not going to proceed as scheduled beforehand.

6.      The likely continued denial of access to our client will create undue and extreme hardship that will impede our ability to complete the opening brief by July 21, 2025.

7.      The undersigned has represented multiple incarcerated clients in appealing their sentences to this Court but has never previously experienced the inability to communicate with our client as we are currently experiencing with Mr. Garcia Luna.

8.      Our continued inability to communicate with Mr. Garcia Luna in a consistent and timely fashion constitutes extraordinary circumstances warranting an extension of the time to file his appellate brief.

9.      Accordingly, we respectfully request that the Court extend the time for Mr. Garcia Luna to file his appellate brief sixty days to September 19, 2025.

WHEREFORE, I respectfully request that the date for Mr. Garcia Luna to file his appellate brief be extended by sixty days and due on September 19, 2025.


Dated: New York, New York
      May 12, 2025

*Valerie A. Gotlib*
_____
Valerie A. Gotlib