# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May, two thousand twenty-five.

Before:     Alison J. Nathan,
                  *Circuit Judge.*

---

United States of America,

        Appellee,

  v.

Genaro Garcia Luna,

        Defendant - Appellant.

---

**ORDER**

Docket No. 24-2949

      Appellant moves for a 60-day extension to September 19, 2025 to file the opening brief.

      IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court