THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street
New York, New York 10038
646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Facsimile
cdecastrolaw.com

August 18, 2025

*Via* ACMS

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re*:*   *United States v. Garcia Luna,*
                Docket No. 24-2949

To Whom It May Concern:

We represent the Appellant Genaro Garcia Luna in the above-captioned matter pursuant to the Criminal Justice Act. We write to provide the Court with additional information relevant to Mr. Garcia Luna's pending motion for an extension of the due date of his appellate brief, which was filed on August 1, 2025. *See* Docket Entry No. 37.

As detailed in our motion, on July 31, 2025, following dozens of unsuccessful and unanswered attempts, we were finally able to speak to Mr. Garcia Luna for the first time since January 2025. We were granted this call only after one of the Assistant United State Attorneys assigned to this matter contacted officials at USP Florence ADMAX directly. Since July 31, 2025, we have scheduled two calls with Mr. Garcia Luna, neither of which has occurred.[1] We were notified that the first scheduled call would not be taking place at the time it was scheduled to occur and that Mr. Garcia Luna had been transferred to a different unit. We were not notified about the second scheduled call's cancellation.

---

[1] When scheduling the most recent calls that did not occur without any explanation, we reminded USP Florence ADMAX (as we did to two prior BOP facilities) that Mr. Garcia Luna has a pending appeal and that our brief to this Court is due on September 19, 2025. To that end, I requested and provided available dates and time for weekly calls until September 17, 2025. My request for other legal calls has gone unanswered.

We thank you for considering this information in connection with our pending motion for an extension of the due date of Mr. Garcia Luna's appellate brief.

Respectfully submitted,

/s/

César de Castro
Valerie A. Gotlib
Shannon McManus

cc: All counsel of record (*via* ACMS)