# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty-five.

Before:     Alison J. Nathan,
                *Circuit Judge.*

---

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 24-2949 |
| v. | |
| Genaro Garcia Luna, | |
| Defendant - Appellant. | |

---

Appellant moves for a 90-day extension, until December 18, 2025, to file the opening brief and for an order directing the Bureau of Prisons to afford counsel regular access to Appellant in the form of regularly scheduled legal calls and in-person visits.

IT IS HEREBY ORDERED that the motion is GRANTED.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court