## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: _U.S. v. LUNA_    Docket No.: 24-2949

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: SUSAN CORKERY, Assistant United States Attorney

Firm: United States Attorney's Office, Eastern District of New York

Address: 271 Cadman Plaza East, Brooklyn, New York 11201

Telephone: 718-254-6286    Fax:

E-mail: Susan.Corkery@usdoj.gov

**Appearance for:** APPELLEE
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: AMY BUSA, United States Attorney's Office, Eastern District of New York )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/

Type or Print Name: SUSAN CORKERY