**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

| | |
|---|---|
| UNITED STATES | **CERTIFICATE OF SERVICE\*** |
| v. | Docket Number(s): 24-2949 |
| LUNA | |

I, _____Wendell Bennett_____ , hereby certify under penalty of perjury that on
(print name)

_____March 20, 2026_____ , I served two copies of the Government's Sealed
(date)

Appendix._____

(list all documents)

by (select all applicable)\*\*

☐ Hand/Personal Delivery   ☑ United States Mail   ☐ Federal Express or other Overnight Courier

☐ Commercial Carrier   ☑ E-mail (on consent)   ☐ Facsimile

on the following parties:

Cesar de Castro, The Law Firm of Cesar de Castro, P.C. Firm: 631-460-3951 The District 111 Fulton Street New York, NY 10038

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Valerie A. Gotlib, AT Gotlib Law, PLLC 20 Vesey Street Suite 400 New York, NY 10007 | | | | |

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

| | |
|---|---|
| Mar 19, 2026 | /s/ |
| Today's Date | Signature |