**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 14, 2026

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, N.Y. 10007

Re: United States v. Luna,
Docket No. 24-2949

Dear Ms. Wolfe:

We respectfully submit this letter updating our oral argument statement pursuant to Local Rule 34.1(a). The Assistant U.S. Attorney who is most familiar with the matters raised by this appeal, served as trial counsel below and will be arguing the appeal is unavailable for argument on Monday November 9, 2026. Counsel is, however, available any other day during the week of November 9, 2026.

Thank you in advance for your attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.,
United States Attorney

By: /s/ Adam Amir
Adam Amir
Assistant U.S. Attorney
(718) 254- 6116

cc: Defense counsel, by ECF