**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 24-2949

Caption [use short title]: United States v. Genaro Garcia Luna

**Motion for:** Permission to File Interim Voucher for Payment

Set forth below precise, complete statement of relief sought:

I represent Mr. Garcia Luna pursuant to the Criminal Justice Act. He filed a timely notice of appeal in October 2024 and we have expended considerable time and resources on the matter in the past 2 years. Accordingly, we request permission to file an interim voucher.

**MOVING PARTY:** Genaro Garcia Luna **OPPOSING PARTY:** United States of America

☐ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** César de Castro **OPPOSING ATTORNEY:** Adam Amir

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| The Law Firm of César de Castro, P.C. | U.S. Attorney's Office - Eastern District of NY |
| 111 Fulton Street - 602, NY, NY 10038 | 271 Cadman Plaza East, Brooklyn, NY 11201 |
| 646.285.2077/cdecastro@cdecastrolaw.com | 718.254.6116/Adam.Amir@usdoj.gov |

Court- Judge/ Agency appealed from: Hon. Brian M. Cogan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: November 12, 2026

**Signature of Moving Attorney:** **Date:** 10.7.2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)