# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-six.

Before: William J. Nardini,
*Circuit Judge.*

---

United States of America,

Appellee,

v.

Luis Cardenas Palomino, Ramon Pequeno Garcia,

Defendants,

Genaro Garcia Luna,

Defendant - Appellant.

---

**ORDER**

Docket No. 24-2949

César de Castro, counsel for the Appellant, moves for leave to file an interim CJA voucher.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe