**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand twenty-six,

---

United States of America,

Appellee,

v.

Luis Cardenas Palomino, Ramon Pequeno Garcia,

Defendants,

Genaro Garcia Luna,

Defendant - Appellant.

---

**ORDER**
Docket No. 24-2949

On June 2, 2022, the district court issued an order requesting certain classified documents that the government mentioned in its declaration filed pursuant to the Classified Information Procedures Act, 18 U.S.C. app. III, § 4. Because we must review those documents to determine whether the district court properly granted the government's request for a protective order, *see United States v. Abu-Jihaad*, 630 F.3d 102, 140 (2d Cir. 2010), it is hereby ORDERED that the government provide the Court access to such documents no later than November 5, 2026. It is further ORDERED that (i) the government make the documents available to each Judge in his or her courthouse's "secure storage area" so that each may review the documents independently, and (ii) the documents remain there until further order of this Court. *See* 18 U.S.C. app III, § 9.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

